William Larry WEAVER,
Plaintiff–Appellant,

v.

Gerald CREGO, Captain, Missoula
County Sheriff's Department,
Defendant–Appellee.

No. 00–35326.

D.C. No. CV–99–00032–LBE.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.*

Decided June 1, 2001.

Before PREGERSON, FERNANDEZ,
and WARDLAW, Circuit Judges.

MEMORANDUM ***

William Larry Weaver, a Georgia state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging interference with his right of access to the courts as a result of his transport to stand trial in Montana. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *see Barnett v. Centoni,* 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and we affirm, *see Lewis v.*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

*Casey,* 518 U.S. 343, 349, 353 n. 3, 354–55, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.